SEND - ENTER - JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA IRONWORKERS FIELD PENSION TRUST, et al., | ) NO. CV 07-00762 SJO (SHx) ) |
| Plaintiffs, | ) **JUDGMENT** ) |
| v. | ) ) |
| VICTOR MANUEL LIMA, et al., | ) ) |
| Defendants. | ) ) |

This action came before the Court on Plaintiffs' motion for summary judgment. After full consideration of all admissible evidence and documents submitted, the Court finds that there is no triable issue of material fact in these cases with regard to the claims against Defendants VICTOR MANUEL LIMA and MISSION IRON WORKS, INC.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. That judgment be entered in favor of Plaintiffs on all claims.
2. That Plaintiffs are awarded $79,939.04 in damages ($66,615.87 in damages for unpaid contributions and $13,323.17 in liquidated damages).
3. That Plaintiffs are awarded interest on the above damages at the rate of ten percent per annum.
4. That Plaintiffs are awarded $1262.40 in audit costs.

1  5. That Plaintiffs are awarded reasonable attorney fees and costs to be determined.

2  IT IS SO ADJUDGED.

3  Dated this 12th day of February, 2008.                              /S/

4

                                            S. JAMES OTERO

5                                    UNITED STATES DISTRICT JUDGE